

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-17-00026-CV

Style:                  In re American Fisheries, Inc., Relator

Date motion filed*:     March 7, 2017

Type of motion:         Motion to Withdraw as an Attorney on Mandamus Action

Party filing motion:    Relator's Co-counsel Diane Guillerman

Document to be filed:   Notice to Relator

Is appeal accelerated?        Yes (original proceeding).

Ordered that motion is:
    ☑ Granted
        If document is to be filed, document due:  N/A
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Relator's co-counsel Diane Guillerman's motion to withdraw as an attorney on this mandamus action, construed to include a motion to substitute because relator still has two attorneys of record, Xenos Yuen and Andrew Gass, is **granted** because it complies with Rule 6.5(d).  *See* TEX. R. APP. P. 6.5(d), 10.1(a)(5), 10.3(a)(2).  Accordingly, the Clerk of this Court is directed to remove Diane Guillerman as attorney for relator.

Diane Guillerman is **ordered** to comply with her notification obligations, including mailing the relator a copy of this Order and her motion, and filing a copy of that notice with the Clerk of this Court within 10 days of the date of this Order.  *See id.* 6.5(b), (d).

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually      ☐ Acting for the Court

Date:  March 14, 2017

November 7, 2008 Revision